UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| WALLACE J. HICKERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-cv-00015-TWP-DML |
| WASHINGTON COUNTY DET CTR, | ) ) ) |
| Defendant. | ) ) |

**Entry Dismissing Action and Directing Entry of Final Judgment**

In the Entry of January 31, 2018, dkt. 8, the Court noted that "[t]his civil rights action was transferred to this Court by the Western Division of Kentucky. Prior to the transfer, the plaintiff was directed to either pay the $400.00 filing fee or seek leave to proceed *in forma pauperis*. In addition, the plaintiff was directed to file an amended complaint. His deadline to do so was November 13, 2017. No response was filed." Dkt. 8.

This Court gave the plaintiff through February 20, 2018, in which to clarify whether he intended to bring a civil rights action or a petition for writ of habeas corpus and to either pay the filing fee or seek leave to proceed *in forma pauperis*. The plaintiff has not responded to those directions and mail sent to him from the Court has returned marked "return to sender, not here."

The plaintiff was warned that failure to comply with these directions would result in the dismissal of the action for failure to prosecute without further notice. Dkt. 8. The plaintiff has not reported a current address, so the Court cannot effectively communicate with him.

Because the plaintiff has not reported a current address and has not responded to the Entry of January 31, 2018, as he was warned would happen, the action is dismissed for failure to

comply with Court orders and failure to prosecute. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 3/9/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

WALLACE J. HICKERSON
141036
Washington County Detention Center
801 Jackson Street
Salem, IN 47167